1
 The People of the State of Colorado, Petitioner v. Joshua Rodriguez, Respondent No. 25SC122
Supreme Court of Colorado, En Banc
June 30, 2025
           Court
 of Appeals Case No. 23CA250
 
 
 
          
 GRANTED PETITIONS FOR WRIT OF CERTIORARI
 
 2
 
          
 Petition for Writ of Certiorari GRANTED. The judgment of the
 Colorado Court of Appeals is vacated, and the case is
 remanded to the Colorado Court of Appeals for reconsideration
 in light of Tennyson v. People, 23SC168, 2025 CO 31;
 Johnson v. People, 23SC525, 2025 CO 29; Babcock
 v. People, 23SC583, 2025 CO 26; People v.
 Roberson, 23SC622, 2025 CO 30; and Snow v.
 People, 23SC775, 2025 CO 32.